AUGUST J. KRONK, as Administrator of the Estate of CHARLES MILLER, Deceased, Appellant, v. ROCHESTER SAVINGS BANK, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying plaintiff's motion for summary judgment and granting defendant's motion to dismiss plaintiff's complaint, in an action by an administrator to recover the amount of a certain account in defendant bank.) Present— McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

THOMAS L. HAVILL, Respondent, v. STATE OF NEW YORK, Appellant. (Motion No. 2591.) — Order reversed on the law, without costs of this appeal to either party, and motion denied, without costs. Memorandum: Claimant's sole excuse for his failure to file his claim timely or notice of intention to file a claim is his "youth and inexperience". There is nothing to indicate he was physically or mentally incapable of seeking counsel as to his rights; in fact, the injuries complained of point to the opposite conclusion. We cannot, therefore, interpret claimant's excuse as anything else than ignorance of the law. This is not a reasonable excuse for the granting of permission under subdivision 5 of section 10 of the Court of Claims Act, to file a late claim. (*Guifre* v. *State of New York*, 192 Misc. 480; *Monahan* v. *State of New York*, 189 Misc. 533; *Williams* v. *State of New York*, 175 Misc. 972.) All concur. (Appeal from an order granting leave to claimant to file a claim against the State, as the result of an accident in an automobile race at the New York State Fair Grounds.) Present— McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [205 Misc. 530.]

EVERYBODY'S PUBLISHING COMPANY, INC., Respondent, v. BERNARR MACFADDEN FOUNDATION, INC., Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an action to recover for labor and material furnished.) Present— McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ.

ALICE B. BROWN, as Administratrix of the Estate of FLOYD C. BROWN, Deceased, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment for defendant for no cause of action in a railroad negligence action.) Present— McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

JOHN I. READ, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant. —Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in a railroad negligence action. The order denies a motion for a new trial.) Present— McCurn, P. J., Vaughan, Kimball, Wheeler and Van Duser, JJ. [See 285 App. Div. 858.]

MARK AUSTIN, Appellant, v. EASTMAN KODAK COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing plaintiff's complaint in an action to recover damages alleged to have been sustained by plaintiff by reason of improper working conditions in a factory.) Present— McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.